**Order entered November 1, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00017-CR

**ROBERT TRACY WARTERFIELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-80757-2011**

## ORDER

The Court **DENIES** appellant's October 29, 2013 motion seeking a sixty-day extension of time to file his reply brief. Appellant's reply brief is due within twenty days of the date of this order.

The Court will address any issues related to a change in counsel at such time as the issues arise.

/s/     DAVID EVANS
        JUSTICE